No. 92–8411. MARTINEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8413. TRENT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8414. BENNETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8416. CALLANAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8422. JACKSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8423. ELWELL *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–8427. SALAS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–8437. POSADA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8440. PUNO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8441. OROZCO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8442. RICKS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8443. OLUFIDIPE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8445. MCINTOSH ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8447. FOSTER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–8454. ZEMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8467. GRAHAM *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.